IN THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | | |
|---|---|---|
| MIKE C. SOOK, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Case No. 06-1758-AS |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| MICHAEL J. ASTRUE, Commissioner of | ) | |
| Social Security, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Alan R. Unkeles
1865 N.W. 169th Place, Suite 121
Beaverton, Oregon  97006

    Attorney for Plaintiff

Karin J. Immergut
United States Attorney
District of Oregon
Neil J. Evans
Assistant United States Attorney
1000 S.W. Third Avenue, Suite 600
Portland, Oregon  97204

Page 1 - ORDER

David R. Johnson
Social Security Administration
Office of the General Counsel
701 Fifth Avenue, Suite 2900 M/S 901
Seattle, Washington 98104

Michael McGaughran
Social Security Administration
Office of the General Counsel
701 Fifth Avenue, Suite 2900 MS/901
Seattle, Washington 98104

    Attorneys for Defendant

KING, Judge:

    The Honorable Donald C. Ashmanskas, United States Magistrate Judge, filed Findings and Recommendation on November 28, 2007. The matter is before this court. See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). No objections have been timely filed. This relieves me of my obligation to give the factual findings de novo review. Lorin Corp. v. Goto & Co., Ltd., 700 F.2nd 1202, 1206 (8th Cir. 1983); See also Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983). Having reviewed the legal principles de novo, I find no error.

    Accordingly, I ADOPT Magistrate Judge Ashmanskas' Findings and Recommendation (#16).

    IT IS HEREBY ORDERED that the decision of the Commissioner is REVERSED and REMANDED pursuant to sentence four of 42 U.S.C. § 405(g).

    Dated this _21st_ day of December, 2007.

                                              Garr M. King
                                              United States District Judge

Page 2 - ORDER