IN THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | | |
|---|---|---|
| MIKE C. SOOK, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Case No. 06-1758-AS |
| | ) | |
| vs. | ) | JUDGMENT |
| | ) | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) ) ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

    Alan R. Unkeles
    1865 N.W. 169th Place, Suite 121
    Beaverton, Oregon  97006

        Attorney for Plaintiff

    Karin J. Immergut
    United States Attorney
    District of Oregon
    Neil J. Evans
    Assistant United States Attorney
    1000 S.W. Third Avenue, Suite 600
    Portland, Oregon  97204

Page 1 - JUDGMENT

David R. Johnson
Social Security Administration
Office of the General Counsel
701 Fifth Avenue, Suite 2900 M/S 901
Seattle, Washington  98104

Michael McGaughran
Social Security Administration
Office of the General Counsel
701 Fifth Avenue, Suite 2900 MS/901
Seattle, Washington  98104

  Attorneys for Defendant

KING, Judge:

  Based on the record,

  The decision of the Commissioner is hereby REVERSED, and this case is REMANDED to the Commissioner for further proceedings.

  Dated this  21st  day of December, 2007.

            /s/ Garr M. King
            Garr M. King
            United States District Judge